UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| LAURIE S., | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )   2:22-CV-00068-LEW |
| | ) |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

The United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision (ECF No. 21). In it, the Magistrate Judge recommends that the final decision of the Social Security Administration, which decision denied plaintiff's application for disability benefits, be affirmed. The plaintiff has filed a timely objection to the Recommended Decision. I have reviewed and considered the Recommended Decision, the objection, and the defendant's response to the objection, together with the relevant portions of the record. I have made a de novo determination of all matters adjudicated by the Recommended Decision, concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine on that basis that no further proceeding is necessary.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The administrative decision is AFFIRMED.

**So Ordered.**

Dated this 1st day of February, 2023.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE